UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG :
:
V. : C.A. NO. 03-220S
:
A.T. WALL, in his capacity as :
the Director of the Rhode Island :
Department of Corrections :

**MOTION FOR LEAVE OF COURT**
**TO TAKE THE DEPOSITION OF PLAINTIFF**

Now comes Defendant, A.T. Wall, and pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, hereby moves the Honorable Court for leave to take the deposition of Plaintiff, Edward Eugene Young ("Plaintiff" or "Young"), a person confined within the Rhode Island Department of Corrections.

WHEREFORE, Defendant respectfully requests that the Motion be granted, and such other and further relief as justice may require.

Respectfully Submitted,

DEFENDANT

A.T. Wall, Director
R.I. Department of Corrections

By his attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 6/1/05

ORDER GRANTED

Jacob Hagopian
U.S. Magistrate Judge