UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD EUGENE YOUNG, SR. | : | |
| | : | |
| v. | : | C.A. No. 03-CV-220 |
| | : | |
| ASHBEL T. WALL, et al. | : | |

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL RELIEF OR ENLARGEMENT OF TIME

Plaintiff responds to Defendant's Motion as follows:

1. Plaintiff has objected to Defendant's Motion to Certify Question. If this Court grants Defendant's motion, however, Plaintiff does not object to Defendant's motion for relief.

2. Plaintiff does not object to Defendant's Motion (in the alternative) for enlargement of time for filing dispositive motions up to and including July 29, 2005.

Andrew B. Prescott (# 3758)
Stacie Boeniger Collier (#6059)
NIXON PEABODY, LLP
One Citizens Plaza
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 FAX

Dated: June 30, 2005

CERTIFICATE OF SERVICE

I hereby certify that I mailed, by regular mail, postage prepaid, a copy of the Plaintiff's Response to Defendant's Motion for Partial Relief or Enlargement of Time to Department of Attorney General, Thomas A. Palombo, Esq., Assistant Attorney General, 150 South Main Street, Providence, RI 02903 this 30 day of June, 2005.

Susan Guevremont