UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EDWARD EUGENE YOUNG** | : | |
| | : | |
| **v.** | : | **C.A. NO. 03-220S** |
| | : | |
| **A.T. WALL, in his capacity as** | : | |
| **the Director of the Rhode Island** | : | |
| **Department of Corrections** | : | |

## NOTICE OF DEPOSITION

Now comes Defendant, A.T. Wall in his capacity as Director, State of Rhode Island, Department of Corrections, and hereby gives notice that he shall, by and through his attorney, take the Deposition of Plaintiff, **Edward Eugene Young**, at the Department of Corrections, Maximum Security Facility, Cranston, Rhode Island 02920. The Deposition will commence at on Thursday, **July 14, 2005 at 2 p.m.** and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully Submitted,
DEFENDANT

A.T. Wall, Director
R.I. Department of Corrections

By his attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I sent a true copy of this Deposition, by facsimile (866-947-1345) and by first class mail, postage pre-paid, on this 6th day of July, 2005 to the following:

Melina S. Brito

**Andrew B. Prescott, Esquire**
**Stacie Boeniger Collier, Esquire**
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903