**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD EUGENE YOUNG** | : | |
| | : | |
| **V.** | : | **C.A. NO. 03-220S** |
| | : | |
| **A.T. WALL, in his capacity as the Director of the Rhode Island Department of Corrections** | : | |

**MOTION FOR PARTIAL RELIEF FROM PRETRIAL ORDER OR, IN THE ALTERNATIVE, MOTION FOR ENLARGEMENT OF TIME FOR FILING DISPOSITIVE MOTIONS**

Now comes Defendant, A.T. Wall, and hereby moves the Honorable Court for partial relief from the Pretrial Order or, in the alternative, for an enlargment of time for the filing of dispositive motions up to and including July 29, 2005. As grounds, Defendant respectfully submits the following.

On June 17, 2005, Defendant filed a Motion to Certify Question and supporting Memorandum. Plaintiff's response is due next week. On grounds of judicial economy and federalism, Defendant should not be required to file a dispositive motion until a ruling as to the certified question. For the Court's information, the parties have conferred and do plan, at the appropriate time, to file cross-motions for summary judgment. (Per the Pretrial Order, the parties shall request a conference prior to so filing.)

Accordingly, Defendant respectfully requests an Order granting partial relief from the Pretrial Order and staying the filing of dispositive motions until thirty (30) days after the ruling on the Motion to Certify Question.

In the alternative, Defendant respectfully requests an Order for an enlargement of time for filing dispositive motions up to and including July 29, 2005.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and such other and further relief as justice may require.

Respectfully Submitted,
DEFENDANT

A.T. Wall, Director
R.I. Department of Corrections

By his attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

Parties may have until 7/29/05 to file cross motions for summary judgement -
GRANTED
William E. Smith
U.S. District Judge
7/8/05

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of this Motion, postage pre-paid, first class mail, on this 23rd day of June, 2005 to the following:

**Andrew B. Prescott, Esquire**
**Stacie Boeniger Collier, Esquire**
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903