UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EDWARD EUGENE YOUNG** | : | |
| | : | |
| **V.** | : | **C.A. NO. 03-220S** |
| | : | |
| **A.T. WALL, in his capacity as the Director of the Rhode Island Department of Corrections** | : | |

**MOTION TO CERTIFY QUESTION**
**TO THE SUPREME COURT OF RHODE ISLAND**

Now comes Defendant, A.T. Wall, pursuant to Rule 6 of the Supreme Court of Rhode Island's Rules of Appellate Procedure, and hereby moves the Honorable Court to certify a question to the Rhode Island Supreme Court in this civil action filed by Plaintiff, Edward Eugene Young ("Plaintiff" or "Young").

Respectfully, the proposed question is as follows:

**Is the State of Rhode Island required to pay interest on funds in inmate accounts maintained pursuant to General Laws of Rhode Island § 42-56-22?**

In support, Defendant Wall submits the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that the Honorable Court grant the Motion to Certify Question, and such other and further relief as justice may require.

Respectfully Submitted,

DEFENDANT

A.T. Wall, Director
R.I. Department of Corrections

By his attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

DENIED
William E. Smith
U.S. District Judge
7/14/05

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Motion, postage pre-paid, first class mail, on this 17th day of June, 2005 to the following:

**Andrew B. Prescott, Esquire**
**Stacie Boeniger Collier, Esquire**
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903