**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EDWARD EUGENE YOUNG** | : | |
| | : | |
| **V.** | : | **C.A. NO. 03-220S** |
| | : | |
| **A.T. WALL, in his capacity as the Director of the Rhode Island Department of Corrections** | : | |

**MOTION FOR ENLARGEMENT OF TIME**
**FOR FILING DISPOSITIVE MOTIONS**

Now comes Defendant, A.T. Wall, and hereby moves the Honorable Court for a one-week enlargement of time for the filing of Cross-Motions for Summary Judgment up to and including September 9, 2005 and up to and including September 30, 2005 for the filing of reply memoranda. As grounds, Defendant respectfully submits that other cases and matters necessitate this modest request. In addition the undersigned has conferred with Plaintiff's counsel and they support this one-week extension.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that the parties have up to and including September 9, 2005 to file their Cross-Motions for Summary Judgment and up to and including September 30, 2005 to file their reply memoranda.

SCANNED

Respectfully Submitted,
DEFENDANT

A.T. Wall, Director
R.I. Department of Corrections

By his attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

Granted
WMM, USDJ
7/29/05

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Motion, postage pre-paid, first class mail, on this 27th day of July, 2005 to the following:

**Andrew B. Prescott, Esquire**
**Stacie Boeniger Collier, Esquire**
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903