**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDWARD EUGENE YOUNG** | : | |
| | : | |
| **V.** | : | **C.A. NO. 03-220S** |
| | : | |
| **A.T. WALL, in his capacity as** | : | |
| **the Director of the Rhode Island** | : | |
| **Department of Corrections** | : | |

**MOTION TO ENLARGE PAGE LIMITATION FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant, A.T. Wall, and hereby moves the Honorable Court for an enlargement of the page limitation for his Memorandum of Law in Support of Motion for Summary Judgment to approximately thirty (30) pages. As grounds, Defendant respectfully submits that eight (8) arguments are to be presented, some of which are rather complex. The undersigned has discussed this Motion with opposing counsel who stated no objection hereto.

For the Court's information, the parties have conferred and are working on the submission of a Joint Statement of Facts. Respectfully, we may need to request an enlargement of the page limitation for the exhibits to said document. We appreciate the Court's understanding and anticipated courtesy.

WHEREFORE, Defendant respectfully requests that the Honorable Court grant the within Motion.

Respectfully Submitted,
DEFENDANT

A.T. Wall, Director
R.I. Department of Corrections

By his attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Motion, by fax (866) 947-1345 and by postage pre-paid, first class mail, on this 9th day of September, 2005 to the following:

**Andrew B. Prescott, Esquire**
**Stacie Boeniger Collier, Esquire**
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903