UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 0 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**EDWARD EUGENE YOUNG :**
**:**
**V. : C.A. NO. 03-220S**
**:**
**A.T. WALL, in his capacity as :**
**the Director of the Rhode Island :**
**Department of Corrections :**

**MOTION TO ENLARGE PAGE LIMITATION FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant, A.T. Wall, and hereby moves the Honorable Court for an enlargement of the page limitation for his Memorandum of Law in Support of Motion for Summary Judgment to approximately thirty (30) pages. As grounds, Defendant respectfully submits that eight (8) arguments are to be presented, some of which are rather complex. The undersigned has discussed this Motion with opposing counsel who stated no objection hereto.

For the Court's information, the parties have conferred and are working on the submission of a Joint Statement of Facts. Respectfully, we may need to request an enlargement of the page limitation for the exhibits to said document. We appreciate the Court's understanding and anticipated courtesy.

GRANTED
William E. Smith
U.S. District Judge
9/9/05