UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCANNED

| | | |
|---|---|---|
| EDWARD EUGENE YOUNG | : | |
| | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 03-220S |
| | : | |
| A.T. WALL, in his capacity as the | : | |
| Director of the Rhode Island Department | : | |
| of Corrections | : | |
| | : | |
| Defendant | : | |

Joint Motion to Enlarge Page Limitations for Exhibits to Joint Statement of Facts

Now comes the parties to hereby move the Honorable Court for an enlargement of the page limitation for their Joint Statement of Facts. As grounds, and as referenced in Defendant's Motion for Enlargement of Its Page Limitations for Memorandum of Law, the parties have worked extensively on a collaboration of their Joint Statement of Facts and are therefore submitting one statement. Several of the proposed exhibits are rather voluminous, but the parties believe that their inclusion would be helpful to the Court in the adjudication of their cross motions for summary judgment. Most of the documents to be submitted are RIDOC policies. The parties therefore request that they be allowed to jointly submit approximately seventy five pages of exhibits.

Wherefore, the parties respectfully request that the Honorable Court grant this motion.

EDWARD EUGENE YOUNG

By his Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
NIXON PEABODY, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
401-454-1000
401-454-1030 (Fax)

A.T. WALL, Director
Rhode Island Department of Corrections

By his Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo (#4212)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400 ext. 2296
401-222-2995 (Fax)