UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG :
Plaintiff :
v. : C.A. No. 03-220S
A.T. WALL, in his capacity as the Director of the Rhode Island Department of Corrections :
Defendant :

FILED SEP 08 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Joint Motion to Enlarge Page Limitations for Exhibits to Joint Statement of Facts

Now comes the parties to hereby move the Honorable Court for an enlargement of the page limitation for their Joint Statement of Facts. As grounds, and as referenced in Defendant's Motion for Enlargement of Its Page Limitations for Memorandum of Law, the parties have worked extensively on a collaboration of their Joint Statement of Facts and are therefore submitting one statement. Several of the proposed exhibits are rather voluminous, but the parties believe that their inclusion would be helpful to the Court in the adjudication of their cross motions for summary judgment. Most of the documents to be submitted are RIDOC policies. The parties therefore request that they be allowed to jointly submit approximately seventy five pages of exhibits.

GRANTED
WESm
William E. Smith
U.S. District Judge
9/9/05

P127180.1