FILED
SEP 2 7 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD EUGENE YOUNG | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 03-220S |
| | : | |
| A.T. WALL, in his capacity as the Director of the Rhode Island Department of Corrections | : | |
| | : | |
| Defendant. | : | |

**ASSENTED TO MOTION TO ENLARGE TIME FOR PARTIES TO REPLY TO CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Edward Eugene Young ("Plaintiff") hereby moves for enlargement of time up through and including October 7, 2005 for the parties to reply to the pending Cross-Motions for Summary Judgment. Per court order, these replies are currently due on Friday, September 30, 2005.

As grounds for this motion, Plaintiff states that due to unexpected personal and professional obligations, his counsel needs additional time to adequately prepare Plaintiff's response.

Plaintiff's counsel has conferred with Defendant's counsel, Thomas A. Palombo, who assents to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Assented to Motion For Enlargement of Time For the Parties to Reply to Cross-Motions for Summary Judgment.

EDWARD EUGENE YOUNG

By His Attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
NIXON PEABODY, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
401-454-1000
401-454-1030 (Fax)

Date: September 27, 2005

## CERTIFICATION

I hereby certify that a copy of the within Assented to Motion to Enlarge Time For Parties to Reply to Cross- Motions for Summary Judgment was sent by first class mail to Thomas A. Palombo, Esq., Assistant Attorney General, Department of the Attorney General, 150 South Main Street, Providence, RI 02903 on the 27th day of September, 2005.

GRANTED
William E. Smith
U.S. District Judge
9/28/05