UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EDWARD EUGENE YOUNG<br><br>        Plaintiff,<br><br>v.<br><br>A.T. WALL, individually and in his official capacity as Director of the Rhode Island Department of Corrections<br><br>        Defendant. | C.A. No. 03-220S |

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on February 2, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's motion for summary judgment is denied, and the Defendant's motion for summary judgment is granted on Plaintiff's federal claims. Plaintiff's state law claims are dismissed without prejudice.

By Order,

/s/ 
Deputy Clerk

ENTER:

/s/
William E. Smith
United States District Judge

Date: 2/27/06