UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG

Plaintiff,

v. C.A. No. 03-220S

A.T. WALL, individually and in his official capacity as Director of the Rhode Island Department of Corrections

Defendant.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on February 2, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's motion for summary judgment is denied, and the Defendant's motion for summary judgment is granted on Plaintiff's federal claims. Plaintiff's state law claims are dismissed without prejudice.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 2/27/06