AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EDWARD EUGENE YOUNG

V.

A.T. WALL, individually and in his official capacity as Director of the Rhode Island Department of Corrections

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 03-220S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT, A.T. WALL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF CORRECTIONS, AGAINST PLAINTIFF, EDWARD EUGENE YOUNG, PURSUANT TO THIS COURT'S ORDER DATED FEBRUARY 27, 2006 DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FEDERAL CLAIMS. PLAINTIFF'S STATE LAW CLAIMS ARE DISMISSED WITHOUT PREJUDICE.**

February 27, 2006
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk